JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| BOMANI LAWAN BOYD,<br><br>Petitioner,<br><br>v.<br><br>M. ATCHLEY,<br><br>Respondent. | No. ED CV 20-02255-PA (DFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition,

IT IS HEREBY ADJUDGED that that this action is dismissed.

Date: October 30, 2020

_____
PERCY ANDERSON
United States District Judge